## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kristen B. Hill | CHAPTER 7 |
| _____Debtor(s)_____ | |
| Toyota Motor Credit Corporation | |
| _____Movant_____ | |
|      vs. | NO. 17-18528 ref |
| Kristen B. Hill | |
| _____Debtor(s)_____ | |
| Lynn E. Feldman Esq. | 11 U.S.C. Section 362 |
| _____Trustee_____ | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN: JTMRFREV7D5026859  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: February 2, 2018**

_____
United States Bankruptcy Judge.