United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kristen B. Hill
    Debtor

Case No. 17-18528-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2     Date Rcvd: Apr 13, 2018
                      Form ID: 318     Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.

```
db           +Kristen B. Hill,    503 Taylor Avenue,    Reading, PA 19607-2829
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14030902     +Arcadia Recovery Bureau LLC,    P. O. Box 6768,    Reading, PA 19610-0768
14030903     +Asset Recovery Solutions LLC,    2200 E. Devon Ave.,    Ste. 200,    Des Plaines, IL 60018-4501
14030905      Berks Schuylkill Respiratory,    Spec., Ltd.,    2608 Keiser Bvd.,    Reading, PA 19610-3333
14030906     +Best Buy/CBNA,    P. O. Box 6497,    Sioux Falls, SD 57117-6497
14030907      Bureau of the Fiscal Service,    DMSC - Birmingham Office,    P. O. Box 830794,
               Birmingham, AL 35283-0794
14030911     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14030912     +Convergent Healthcare Recoveries,    121 NE Jefferson St., Ste. 100,    Peoria, IL 61602-1229
14030914      Digestive Disease Assoc.,    P. O. Box 1870,    Cary, NC 27512-1870
14030916     +ERC,    P. O. Box 57610,    Jacksonville, FL 32241-7610
14030917     +F.H. Cann & Associates, Inc.,    1600 Osgood St.,    Suite 20-2/120,
               North Andover, MA 01845-1048
14030918     +Flynn & Hanley Surgical Assoc. PC,    301 S. Seventh Ave.,    Suite 3070,
               West Reading, PA 19611-1495
14030920      Michael J. Dougherty, Esq.,    Weltman, Weinberg & Reis Co.,
               170 S. Independence Mall W, Ste 874,    Philadelphia, PA 19106-3334
14030922     +North Shore Agency Inc.,    270 Spagnoli Rd.,    Suite 110,    Melville, NY 11747-3515
14030923      Northstar Location Services,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
14030924     +Phoebe Pharmacy,    1110 C Enterprise Rd.,    East Petersburg, PA 17520-1604
14030925     +Pioneer Credit Recovery, Inc.,    P. O. Box 189,    Arcade, NY 14009-0189
14030927     +RHPN Cert Reg Nurse Anes,    P. O. Box 70888,    Philadelphia, PA 19176-5888
14030926     +Reading Health System,    P. O. Box 16051,    Reading, PA 19612-6051
14030929     +Santander Bank,    Mail Code: 10-421-MC3,    450 Penn St.,    Reading, PA 19602-1011
14030928     +Santander Bank,    Mail Code: 10-421-CN2,    P. O. Box 12646,    Reading, PA 19612-2646
14030932     +The Bureaus Inc.,    650 Dundee Rd., Ste. 370,    Northbrook, IL 60062-2757
14037459     +Toyota Motor Credit Corporation,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
14030935     +Verizon,    P. O. Box 291089,    Columbia, SC 29229-0019
14030936      West Reading Radiology Assoc.,    2 Meridian Blvd., Second Fl.,    Wyomissing, PA 19610-3202
14030937     +Western Berks Ambulance,    2506 Belmont Ave.,    West Lawn, PA 19609-1535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +EDI: QLEFELDMAN.COM Apr 14 2018 05:43:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14030900      EDI: URSI.COM Apr 14 2018 05:43:00      Alltran Financial LP,    P. O. Box 722910,
               Houston, TX 77272-2910
14030901     +E-mail/Text: rperez@arcadiarecovery.com Apr 14 2018 01:51:23      Arcadia Recovery Bureau,
               645 Penn St.,    Reading, PA 19601-3543
14030904      EDI: TSYS2.COM Apr 14 2018 05:43:00      Barclays Bank Delaware,    Card Services,
               P.O. Box 8802,    Wilmington, DE 19899-8802
14030908      EDI: CAPITALONE.COM Apr 14 2018 05:43:00      Capital One,    P. O. Box 30285,
               Salt Lake City, UT 84130-0285
14030909     +EDI: CHASE.COM Apr 14 2018 05:43:00      Chase Card Services,    P. O. Box 15298,
               Wilmington, DE 19850-5298
14030910     +EDI: CITICORP.COM Apr 14 2018 05:43:00      Citi Card,    P. O. Box 6500,
               Sioux Falls, SD 57117-6500
14030913     +EDI: CCS.COM Apr 14 2018 05:43:00      Credit Collection Services,    725 Canton St.,
               Norwood, MA 02062-2679
14030915      EDI: DISCOVER.COM Apr 14 2018 05:43:00      Discover Bank,    6500 New Albany Rd.,
               New Albany, OH 43054
14030919      EDI: IRS.COM Apr 14 2018 05:43:00      Internal Revenue Service,    P. O. Box 7346,
               Philadelphia, PA 19101-7346
14030921     +E-mail/Text: Bankruptcies@nragroup.com Apr 14 2018 01:51:54      National Recovery Agency,
               2491 Paxton St.,    Harrisburg, PA 17111-1036
14030930     +E-mail/Text: birminghamtops@sba.gov Apr 14 2018 01:51:30      Small Business Administration,
               801 Tom Martin Dr.,    Suite 120,    Birmingham, AL 35211-6424
14030931     +EDI: WTRRNBANK.COM Apr 14 2018 05:43:00      TD Bank USA/Target Credit,    P. O. Box 673,
               Minneapolis, MN 55440-0673
14030934      EDI: TFSR.COM Apr 14 2018 05:43:00      Toyota Financial Services,    Asset Protection Dept.,
               P. O. Box 2958,    Torrance, CA 90509-2958
14030933      EDI: TFSR.COM Apr 14 2018 05:43:00      Toyota Financial Services,    P. O. Box 8026,
               Cedar Rapids, IA 52409-8026
```

```
District/off: 0313-4          User: admin              Page 2 of 2                   Date Rcvd: Apr 13, 2018
                              Form ID: 318             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14061903         +EDI: PRA.COM Apr 14 2018 05:43:00      The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 18
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Kristen B. Hill dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kristen B. Hill**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–0197**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–18528–ref** | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristen B. Hill

<u>4/12/18</u>                                                                                   **By the court:**  <u>Richard E. Fehling</u>
                                                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                           **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**